UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Hector Rolando Mendez Bailon

Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -MAG-12085     (   ) (   )

Defendant _____Hector Rolando Mendez Bailon_____ hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or _X__ teleconferencing:

_X__   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_Hector Rolando Mendez Bailon_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Marisa K. Cabrera_____
Defendant's Counsel's Signature

Hector Rolando Mendez Bailon___
Print Defendant's Name

_Marisa K. Cabrera_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_11/10/2020_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge